AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

GOVERNMENT EMPLOYEES INSURANCE COMPANY, GEICO INDEMNITY COMPANY, GEICO GENERAL INSURANCE COMPANY, and GEICO CASUALTY COMPANY
*Plaintiff*

v.

BHNV EXCLUSIVE INC., D/B/A 13TH AVENUE CHEMISTS, CHAIM DAYAN, JOHN J. MCGEE, D.O., and JOHN DOE DEFENDANTS "1" THROUGH "10"
*Defendant*

) Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See Attached Rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael A. Sirignano, Esq
Rivkin Radler LLP
926 RXR Plaza
Uniondale, New York 11566
516-357-3000
RR File No. 016608-00252

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ______________________

______________________
*Signature of Clerk or Deputy Clerk*

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:
.

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

**RIDER "A" TO SUMMONS IN**
**GOVERNMENT EMPLOYEES INSURANCE COMPANY, et al. v.**
**BHNV EXCLUSIVE INC. D/B/A 13TH AVENUE CHEMISTS, et al.**

**Full Caption:**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE COMPANY, GEICO INDEMNITY COMPANY, GEICO GENERAL INSURANCE COMPANY and GEICO CASUALTY COMPANY,

Docket No.:_______ ( )

Plaintiffs,

-against-

BHNV EXCLUSIVE INC. D/B/A 13TH AVENUE CHEMISTS, CHAIM DAYAN, JOHN J. MCGEE, D.O., and JOHN DOE DEFENDANTS "1" THROUGH "10",

Defendants.
------------------------------------------------------------------------X

**Named Defendants:**

**BHNV EXCLUSIVE INC. D/B/A 13TH AVENUE CHEMISTS**
5211 13th Avenue
Brooklyn, New York 11219-3874

c/o New York Secretary of State
99 Washington Ave
Albany, New York 12231-0001

**CHAIM DAYAN**
1777 E 8th Street
Broklyn, NY 11223-2201

**JOHN J. MCGEE, D.O.**
555 W 23rd Street, Apt N10H
New York, New York 10011-1034